UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-CV-00012-MR

| | |
|---|---|
| ROBERT PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ALLEN NORMAN, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte* on Plaintiff's filing of a Complain in this matter. [Doc. 1].

Pro se Plaintiff Robert Price ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at Nash Correctional Institution in Nashville, North Carolina. He filed this action on or about January 9, 2023, pursuant to 42 U.S.C. § 1983. [Doc. 1]. He names the following Defendants: Allen Norman, identified as the Sheriff of Cleveland County; the County of Cleveland, North Carolina; Southern Health Partners, Inc.; Atrium Health Care; FNU Shea, identified as a Head Nurse employed by Southern Health Partners; and Ashley J. Williams, identified as a Nurse Practitioner at Atrium Health Care. [Id. at 2-3; Doc. 1-1 at 3]. Plaintiff's Complaint, however, is not signed. [See Doc. 1 at 11]. Plaintiff must sign his Complaint before the Court

will conduct its initial review. The Court will instruct the Clerk to mail Plaintiff a copy of the signature page of his Complaint for Plaintiff to sign and return to the Court within 21 days of this Order. Once the executed signature page is returned to the Court, the Clerk is directed to attach it to Plaintiff's original Complaint and to regenerate the NEF.

## ORDER

**IT IS THEREFORE ORDERED** that Plaintiff shall submit an executed signature page to his Complaint within 21 days of this Order. If Plaintiff fails to timely submit an executed signature page in accordance with the terms of this Order, Plaintiff's Complaint may be dismissed without prejudice and without further notice to Plaintiff.

The Clerk is instructed to mail Plaintiff a copy of the signature page of his Complaint [Doc. 1 at 11] for Plaintiff to sign and return to the Court. Once the executed signature page is returned to the Court, the Clerk is directed to attach it to Plaintiff's original Complaint and regenerate the NEF.

**IT IS SO ORDERED**.

Signed: January 23, 2023

Martin Reidinger
Chief United States District Judge