# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:23-cv-00012-MR

| | |
|---|---|
| ROBERT PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| ALLEN NORMAN, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Plaintiff's recent filings requesting clarification [Docs. 7, 8].

Pro se Plaintiff Robert Price ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at Nash Correctional Institution in Nashville, North Carolina. On January 9, 2023, Plaintiff filed this action pursuant to 42 U.S.C. § 1983 against several Defendants. [Doc. 1]. The Clerk promptly mailed Plaintiff an Order of Instructions [Doc. 3], a copy of the Order for Prisoner Trust Account Statement directed to Plaintiff's correctional facility [Doc. 4 at 1-3], and a blank verified Prisoner Administrative Remedies Statement ("Verified Statement") for Plaintiff to complete and return to the Court [Doc. 4 at 4].

Now before the Court are a "Declaration" and "Rule 70" filed by Plaintiff in which he expresses confusion over his duties relative to the documents transmitted by the Clerk. [Docs. 7, 8]. In the Declaration, Plaintiff also makes certain though unclear claims regarding grievances. [See Doc. 7].

On Plaintiff's request for clarification, the Court directs Plaintiff that he must complete and sign the Verified Statement and transmit it to the Court. Plaintiff may attach additional pages if necessary to fully and clearly explain the steps he took to exhaust his administrative remedies. Plaintiff need not take any action with respect to the Order for Prisoner Trust Account Statement. It is the duty of Plaintiff's correctional facility to transmit the required statement to the Court.

Plaintiff is strongly encouraged to review the Order of Instructions [Doc. 3], the Local Rules of this Court, and the Federal Rules of Civil Procedure before he files any further requests for clarification with this Court.

### ORDER

The Clerk is respectfully instructed to send copies of this Order, Docket No. 4, and the docket sheet to Plaintiff.

**IT IS SO ORDERED**.

Signed: February 8, 2023

_____
Martin Reidinger
Chief United States District Judge