# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| Robert Price**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:23-cv-00012-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Allen Norman | ) | |
| County of Cleveland, North Carolina | ) | |
| FNU Shea | ) | |
| Southern Health Partners, Inc. | ) | |
| Ashley J. Williams | ) | |
| Atrium Health Care**,** | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 1, 2023 Order.

May 1, 2023

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court